IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

LOU PATRICK
O/B/O J. O., A MINOR                                                    PLAINTIFF

V.                              Civil No. 08-5051

MICHAEL J. ASTRUE, COMMISSIONER
SOCIAL SECURITY ADMINISTRATION                                          DEFENDANT

### ORDER

Plaintiff has submitted a complaint for filing in this district, together with a request for leave to proceed *in forma pauperis*. We find the complaint should be provisionally filed prior to a determination regarding plaintiff's status as a pauper. The United States District Clerk is hereby directed to file the complaint *nunc pro tunc* as of March 6, 2008.

The Petition for Judicial Review and the Motion to Appeal *In Forma Pauperis* submitted by plaintiff have not been signed by his attorney. As such, the clerk is hereby directed to return all of documents contained herein to plaintiff's counsel for proper completion.

Additionally, this case has been filed by an adult, on behalf of a minor. The CM/ECF Policies and Procedures Manual adopted by this court states that attorneys should not include sensitive information, such as the name of a minor, in any document filed with the Court unless such inclusion is necessary and relevant to the case. *See CM/ECF Policies and Procedures Manual for Civil Filings, at* www.arwd.uscourts.gov. Instead, the minor's name should be redacted to its initials to protect the privacy of the minor. Therefore, the plaintiff is hereby directed to file a new Complaint and Motion for Leave to Proceed *In Forma Pauperis* with documents in support thereof, redacting the minor's name to his/her initials. All future pleadings should be filed in like form. No documents filed in CM/ECF shall contain the full name of the minor.

Plaintiff is given 10 days to correct the aforementioned paperwork and return it to this court. Failure to do so may result in dismissal of the case for failure to follow a court order.

**SERVICE SHALL NOT ISSUE IN THIS MATTER UNTIL A PROPERLY COMPLETED COMPLAINT, MOTION TO PROCEED *IN FORMA PAUPERIS*, AND *IN FORMA PAUPERIS* APPLICATION HAVE BEEN RETURNED TO THE COURT.**

IT IS SO ORDERED.

/s/ JMarschewski
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAR 13 2008

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK