IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

LOU PATRICK o/b/o
J.O.                                                                                                          PLAINTIFF

   v.                                          CIVIL NO.

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                      DEFENDANT

## O R D E R

Plaintiff has submitted an amended complaint (Doc. # 5) for filing in this district, together with a second request for leave to proceed *in forma pauperis.* (Doc. # 6). After review, it is found that plaintiff is unable to pay for the costs of commencement of suit and, accordingly, the following order is entered this 1st day of April 2008:

IT IS HEREBY ORDERED that plaintiff's motion for leave to proceed *in forma pauperis* is granted. (Doc. #'s 2 & 6). The clerk is hereby directed to file the amended complaint *nunc pro tunc* as of March 6, 2008. Additionally, the court hereby directs that a copy of the complaint filed herein, along with a copy of this order, be served by the plaintiff by certified mail, return receipt requested, on the defendant, Michael J. Astrue, Commissioner, Social Security Administration, as well as Michael B. Mukasey, U.S. Attorney General, and Claude S. Hawkins, Jr., Assistant U.S. Attorney, without prepayment of fees and costs or security therefor. The defendant is ordered to answer within sixty (60) days from the date of service.

IT IS SO ORDERED.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE